UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HADARI STALLWORTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY<br>DETENTION CENTER, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00031-RFB-NJK<br><br>ORDER |

**I.   DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

The Court grants Plaintiff until April 7, 2021, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners, Docket No. 1, as moot because Plaintiff is no longer incarcerated. The Court orders Plaintiff to either file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400, no later than April 7, 2021.

**II.   CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff must file his updated address with the Court no later than **April 7, 2021**.

1 **IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 1, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, no later than **April 7, 2021**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: March 8, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE